IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **RBL TEX MEX LOUNGE, INC.** § | | |
| **Plaintiff,** § | | |
| § | | |
| **V.** § | | |
| § | **CIVIL ACTION NO. 7:17-CV-00336** | |
| § | **JURY** | |
| **SCOTTSDALE INSURANCE** § | | |
| **COMPANY and RAQUEL TREVINO** § | | |
| **Defendants.** § | | |

## NOTICE OF SETTLEMENT

Plaintiff RBL Tex Mex Lounge, Inc. and Defendant Scottsdale Insurance Company hereby notify the Court that, on March 28, 2018, the Parties successfully mediated this lawsuit. The Parties will file an agreed motion to dismiss within thirty days.

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

*s/ Christene Wood*
**D. Christene Wood**
Attorney-In-Charge
State Bar No.: 24042188
S.D. No. 38044
cwood@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas 77056
Telephone (713) 403-8210
Telecopy (713) 403-8299

**ATTORNEY FOR DEFENDANT**

5981901v1
04805.336

## **CERTIFICATE OF SERVICE**

       This is to certify that on the 5th day of April 2018, a true and correct copy of the foregoing document was delivered to all counsel of record, via the Court's ECF notification system, in accordance with the Texas Rules of Civil Procedure:

Doug Pennebaker
PENNEBAKER LAW FIRM
1045 Cheever Blvd., Suite 103
San Antonio, Texas  78217
***Attorneys for Plaintiff***

                                                  *s/D. Christene Wood*
                                                  D. Christene Wood