IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **RBL TEX MEX LOUNGE, INC.** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | |
| | § | **CIVIL ACTION NO. 7:17-CV-00336** |
| **SCOTTSDALE INSURANCE** | § | **JURY** |
| **COMPANY and RAQUEL TREVINO** | § | |
| **Defendants.** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, RBL TEX MEX LOUNGE, INC. ("Plaintiff"), and Defendants, SCOTTSDALE INSURANCE COMPANY and RAQUEL TREVINO ("Defendants"), hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, Plaintiff's claims against all Defendants are hereby dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS L.L.P**.

By:  */s/ D. Christene Wood*
    **D. Christene Wood**
    Attorney-In-Charge
    State Bar No.:  24042188
    S.D. No. 38044
    cwood@thompsoncoe.com
    One Riverway, Suite 1400
    Houston, Texas 77056
    Phone: (713) 403-8210
    Fax:    (713) 403-8299

**ATTORNEY FOR DEFENDANT,
SCOTTSDALE INSURANCE COMPANY**

5981901v1
04805.336

**PENNEBAKER LAW FIRM**

By: */s/ Doug Pennebaker*
      Doug Pennebaker
      State Bar No. 00788178
      Federal ID No. 23238
      1045 Cheever Blvd., Suite 103
      San Antonio, Texas 78217
      Phone: (210) 562-2888
      Fax:    (210) 562-2880
      Email: doug@pennebakerlaw.com
          - and-
      Willie McAllen, of Counsel
      State Bar No. 24047468
      Law Office of Mcallen- Gonzalez
      2102 W. University Dr.
      Edinburg, Texas 78539
      Phone: (956) 383.2143
      Email: mcallenlaw@gmail.com

**ATTORNEYS FOR PLAINTIFF,
RBL TEX MEX LOUNGE, INC.**

## CERTIFICATE OF SERVICE

This is to certify that on the 14th day of May 2018, a true and correct copy of the foregoing document was delivered to all counsel of record, via the Court's ECF notification system, in accordance with the Texas Rules of Civil Procedure:

Doug Pennebaker
PENNEBAKER LAW FIRM
1045 Cheever Blvd., Suite 103
San Antonio, Texas 78217
*Attorneys for Plaintiff*

      */s/ D. Christene Wood*
      D. Christene Wood